ACCEPTED
03-14-00617-CR
4798555
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/7/2015 6:01:17 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00617-CR

| | | |
|---|---|---|
| **NATHANIEL PAUL FOX** | § | **IN THE THIRD** |
| **V.** | § | **DISTRICT COURT OF** |
| **THE STATE OF TEXAS** | § | **APPEALS OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/7/2015 6:01:17 PM
JEFFREY D. KYLE
Clerk

### STATE'S THIRD MOTION TO EXTEND TIME TO FILE BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes the State of Texas, Appellee in the above styled and numbered cause, and moves for an extension of time of seven (7) days to file Appellee's brief, and for good cause would show the following:

I.

Appellant was indicted by a grand jury on March 13, 2013 for the charges of Murder and Aggravated Assault of a Family or Household Member with a Deadly Weapon in CR2013-091. Appellant filed his brief on January 22, 2015. After its first and second extensions (for 30 and 12 days, respectively) were granted by the Court, the State's brief is currently due on April 6, 2015.

II.

I am handling the appeal for the State in this case. Although I hoped to complete a good deal of the brief while on a 10-day vacation, much of my trip overseas involved volunteer manual labor, and I was unable to perform significant work until my return to the office on March 31st. In addition to my office

1

responsibilities – lately involving requests for findings of fact, motions for new trial and preparations for potential State's appeals in multiple cases – I have been working diligently on the brief in the instant case since my return. I worked from my office on said brief during all three days I was technically off this past weekend. While I had planned to electronically file the brief last night before midnight, our county offices had issues with our internet service provider for most of yesterday evening and today until around 4:10 p.m. I eventually went home to access a legal database. I have completed the majority of the State's brief, but I respectfully request an extension of seven days to file said brief, to further ensure time for a colleague to review it. This is the third extension sought by Appellee.

III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully prays for an extension of seven (7) days, until April 13, 2015, so that an adequate response may be made to Appellant's brief. This extension is not requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

2

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *State's Third Motion to Extend Time to File Brief* has been delivered to Appellant NATHANIEL PAUL FOX's attorney in this matter:

Paul A. Finley
pfinley@reaganburrus.com
Reagan Burrus PLLC
401 Main Plaza, Suite 200
New Braunfels, TX 78130
*Counsel for Appellant on Appeal*

By electronically sending it to his above-listed email address through efile.txcourts.gov, this 7th day of April, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**